ACCEPTED
06-16-00123-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
7/6/2016 3:16:05 PM
DEBBIE AUTREY
CLERK

**Appellate Docket Number: 06-16-00\_\_\_\_\_ and 00\_\_\_\_ -CR**
**Appellate Case Style:**

### THOMAS EARL NARD V. STATE OF TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
7/6/2016 3:16:05 PM
DEBBIE AUTREY
Clerk

### DOCKETING STATEMENT (CRIMINAL)
### Sixth Court of Appeals
**[to be filed in the court of appeals upon perfection of appeal under TRAP 32]**

| I. Parties (TRAP 32.2(a)): | |
|---|---|
| Appellant (or Appellee, if State is appealing):<br><br>Thomas Earl Nard<br><br>(*See* note at bottom of page) | Co-defendant(s):<br><br>N/A |
| Trial Attorney:<br><br>Rick D. Shelton<br><br>Appointed ☒   Retained ☐ | Appellate Attorney:<br><br>Troy Hornsby<br><br>Appointed ☒   Retained ☐<br><br>If appointed, was a hearing on indigency held?<br>Yes ☒    No ☐ |
| Address:<br>P. O. Box 1449<br>Hughes Springs, Texas 75656 | Address:<br>1725 Galleria Oaks Drive<br>Texarkana, Texas 75503 |
| Telephone:   903-639-7535<br>(include area code) | Telephone: 903-794-2711<br>(include area code) |
| Telecopy:   903-639-2718<br>(include area code) | Telecopy: 903-792-1276<br>(include area code) |
| SBN: 18209250 | SBN: 00790919 |

If not represented by counsel, provide appellant's (appellee's, if State is appealing) address, telephone number, and telecopy number.

| II. | Perfection Of Appeal, Judgment And Sentencing (TRAP 32.2(b), (d), (f), (g), (h), (i), (j), (k)): | |
|---|---|---|

| | |
|---|---|
| Date trial court imposed or suspended sentence in open court or date trial court entered appealable order:<br><br>June 23, 2016 (both)<br><br>(Attach a signed copy, if possible) | Date notice of appeal filed in trial court:<br><br><br>July 6, 20106 (both) (mailed)<br><br>(Attach file-stamped copy; if mailed to the trial court clerk, also give the date of mailing) |
| Offense charged:<br><br>295 - deadly conduct<br><br>296 - aggravated assault/deadly weapon<br><br>Date of offense:<br><br>295 - 07/16/2014<br><br>296 - 07/16/2014<br><br>Defendant's plea:<br><br>not guilty (both)<br><br><br>If guilty plea, does Defendant have the trial court's permission to appeal?<br><br>Yes ☐　　No ☐<br><br><br><br>Was the trial jury or nonjury?<br><br>　Guilt or innocence phase:<br><br>　　Jury　☒　　Nonjury ☐<br><br>　Punishment phase:<br><br>　　Jury　☐　　Nonjury ☒ | Punishment assessed:<br>295 - 65 years, TDCJ<br>296 - 70 years, TDCJ, run concurrent with 295<br><br>Is the appeal from a pretrial order?<br><br>　Yes ☐　　No ☒<br><br>If yes, please specify.<br><br><br><br>Does the appeal raise jurisdictional issues in the trial court?　　Yes ☐　　No ☐<br><br>If yes, please specify.<br><br>　unknown<br><br><br><br>Does the appeal involve the validity of a statute, rule or ordinance?<br><br>　Yes ☐　　No ☐<br><br>If yes, please specify.<br><br>　unknown<br><br><br>Will you challenge this Court's jurisdiction?　If yes, explain.<br><br>　unknown |
| | |

## III. Actions Extending Time To Perfect Appeal (TRAP 32.2(e)):

| Action | Filed<br>Check as appropriate | | Date Filed |
|---|---|---|---|
| Motion for New Trial | No ☒ | Yes ☐ | |
| Motion in Arrest of Judgment | No ☒ | Yes ☐ | |
| Other (specify): | No ☒ | Yes ☐ | |

## IV. Indigency Of Party (TRAP 32.2(n)): (Attach file-stamped copy of motion and affidavit)

| Event | Filed<br>Check as appropriate | | Date | N/A |
|---|---|---|---|---|
| Motion and affidavit filed | No ☐ | Yes ☐ | | |
| Date of hearing: | | | | |
| Date of order: | | | | |
| Ruling on motion:<br>Granted ☒ Denied ☐ | | | | |

## V. Trial Court And Record (TRAP 32.2(c), (l), (m)):

| Court:<br><br>5th District Court | County:<br><br>Cass | Trial Court Docket Number<br>(Cause No.):<br>2015-F-00295<br>2015-F-00296 |
|---|---|---|

| Trial Judge (who tried or disposed of case):<br><br>Bill Miller | Court Clerk (district clerk):<br><br>Becky Wilbanks |
|---|---|

| Clerk's Record<br><br>Yes ☐ | Will request ☒<br><br>(Note: No request required under TRAP 34.5(a), (b)) | Was requested on:<br><br>July 6, 2016 |
|---|---|---|

Court Reporter or Court Recorder:
Leslie Bates

Court Reporter or Court Recorder:

Telephone Number:
(include  area code)       903-547-3120

Telephone Number:
(include area code)

Telecopy Number:
(include  area code)

Telecopy Number:
(include area code)

Address:        P. O. Box 1721
                 Hooks, TX 75561

Address:

(Attach additional sheet if necessary for additional court reporters/recorders)

| Length of trial (approximate):<br><br>2 days | | State arrangements made for payment of court reporter/recorder:<br><br>county to pay | |
|---|---|---|---|
| Reporter's or Recorder's Record (check if electronic recording ☐) | None ☐ | Will request ☒ | Was requested on:<br>July 6, 2016 |

**VI.** **Related Matters:** List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

unknown

**VII.** Any other information requested by the court (see attachments, if any).

N/A

**VIII.** **Signature:**

_Troy Hornsby_____     Date: July 6, 2016

Signature of counsel
(or pro se party)                                                    State Bar No.:  00790919

Printed Name: Troy Hornsby

**IX.** **Certificate of Service:** The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on June 16, 2014.

Courtney Shelton
Cass County Assistant District Attorney
P. O. Box 839
Linden, Texas 75563

_Troy Hornsby_____
Signature

(TRAP 9.5(e) requirements stated below; use additional sheets, if necessary)

**Note:** **Certificate of Service Requirements (TRAP 9.5(e)):** A certificate of service must be signed by the person who made the service and must state:

(1)      the date and manner of service;
(2)      the name and address of each person served; and
(3)      if the person served is a party's attorney, the name of the party represented by that attorney.